

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00176-CR

**IN RE** Ricardo **TAPIA LOPEZ**, et al., Relators

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: March 6, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION TO STAY DENIED AS MOOT

On March 5, 2026, Relators filed a petition for writ of mandamus and an emergency motion to stay the underlying proceedings. After considering the petition and the record, the court concludes Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). *See also In re Sanchez*, 675 S.W.3d 339, 343 (Tex. App.—San Antonio 2023, orig. proceeding). Relators' motion for emergency stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause Nos. 10797CR, 10787CR, 10374CR, 10981CR, 11037CR, 11134CR,12652CR, and 13063CR styled *The State of Texas v. Ricardo Tapia Lopez; The State of Texas v. Ignacio Morales Cordova; The State of Texas v. Jose Alexis Sanchez Dubon; The State of Texas v. Juan Antonio Aranda Verastegui; The State of Texas v. Hugo Sanchez Atilano, The State of Texas v. Luis Miguel Morales Bernal; The State of Texas v. Santiago Martinez Gorostieta;* and *The State of Texas v. Gabriel Mojica Romero*, pending in the County Court, Kinney County, Texas, the Honorable David Garcia presiding.